# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0289
L.T. Case Nos. 2018-CF-040665-A
2015-CF-026828-A
2014-CF-022418-A

_____

MARQUIS D. COOK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Brevard County.
D. Curtis Jacobus, Judge.

Matthew J. Metz, Public Defender, and Jane Almy, Assistant Public Defender, Daytona Beach, for Appellant.

Marquis D. Cook, Bonifay, pro se.

James Uthmeier, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

November 20, 2025

PER CURIAM.

AFFIRMED.

MAKAR, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____